UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAJI PIERCE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EAST BAY MUNICIPAL UTILITY DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-04325-AGT<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 39, 40, 41 |

　　　Dorian West Blair is ordered to appear for her deposition, on Friday, April 1, 2022, starting at 10:00 a.m. The deposition will be conducted by videoconference. To protect West Blair from embarrassment and undue professional harm, the entire deposition will be designated as confidential. As such, the deposition transcript and any audio or video of the deposition will be entitled to the protections set forth in the governing stipulated protective order. *See* Dkt. 38.

　　　**IT IS SO ORDERED.**

Dated: March 23, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Alex G. Tse
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge