UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAJI PIERCE, et al., <br><br>        Plaintiffs, <br><br>    v. <br><br>EAST BAY MUNICIPAL UTILITY DISTRICT, et al., <br><br>        Defendants. | Case No. 21-cv-04325-AGT <br><br>**DISCOVERY ORDER** <br>Re: Dkt. Nos. 54, 55 |

    Defendants' objections to RFPs 1–3 are overruled. The personnel records of Craig Spencer, Laura Acosta, and Derek McDonald are relevant to plaintiffs' discrimination claims, and the parties' stipulated protective order (dkt. 38) will guard against the records' misuse. The RFPs are sufficiently tailored; they exclude "medical and benefits information," Dkt. 54-1 at 3–4; and defendants haven't identified a burden that outweighs the likely benefit of this discovery. Defendants must produce the records by October 7, 2022. Consistent with plaintiffs' proposed compromise, defendants need not produce personnel records that are more than seven years old except for "applications for hire or promotion," all of which must be produced. Dkt. 54 at 2.

    Defendants' objections to plaintiffs' proposed deposition of Clifford Chan are overruled. Plaintiffs have articulated how Chan has "unique first-hand, non-repetitive knowledge" relevant to plaintiffs' claims. Dkt. 55 at 3 (listing examples of Chan's involvement). The Court won't place special limits on Chan's deposition, but the deposition must be conducted in compliance with the federal rules. Under the stipulated protective order, defendants may designate protected testimony as confidential. *See* Dkt. 38 § 5.2(b). The Court, however, won't designate some or all of the testimony as confidential before the deposition has taken place, as defendants request. The parties

must meet and confer to schedule the deposition for a mutually convenient time.

    **IT IS SO ORDERED.**

Dated: September 28, 2022

Alex G. Tse
United States Magistrate Judge