UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAJI PIERCE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>EAST BAY MUNICIPAL UTILITY DISTRICT, et al.,<br><br>        Defendants. | Case No. 21-cv-04325-AGT<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 58 |

    The individual defendants need not disclose their financial assets and liabilities at this time. If the case proceeds to trial, the individual defendants' net worth may be relevant to punitive damages, if punitive damages are otherwise appropriate. But for now, discovery touching on net worth isn't needed and won't be permitted. This holding doesn't mean there will be a bifurcated trial. That issue isn't before the Court and isn't addressed here.

    **IT IS SO ORDERED.**

Dated: October 5, 2022

_____
Alex G. Tse
United States Magistrate Judge