UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAJI PIERCE, et al., | Case No.  21-cv-04325-AGT |
| Plaintiffs, | |
| v. | **ORDER DENYING EX PARTE APPLICATION** |
| EAST BAY MUNICIPAL UTILITY DISTRICT, et al., | Re: Dkt. No. 65 |
| Defendants. | |

   Plaintiffs' ex parte application, for an order extending the expert-disclosure deadlines, is denied. Plaintiffs haven't confirmed that they met and conferred with defendants "in an effort to reach [an] agreement" on the proposed scheduling change. Civil L.R. 16-2(d)(2). Defendants represent that the parties did not meet and confer. *See* Dkt. 66 at 2. The parties must meet and confer. If they can't reach an agreement, plaintiffs may then file a motion "pursuant to Civil L.R. 7." Civil L.R. 16-2(d).

   **IT IS SO ORDERED.**

Dated: November 10, 2022

_____
Alex G. Tse
United States Magistrate Judge