UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAJI PIERCE, et al.,

    Plaintiffs,

v.

EAST BAY MUNICIPAL UTILITY DISTRICT, et al.,

    Defendants.

Case No. 21-cv-04325-AGT

**ORDER DENYING REQUEST FOR STATUS CONFERENCE**

Re: Dkt. No. 140

    Firm trial dates in federal cases are critical to case management.

    In December 2022, the Court granted the parties' request for a two-month continuance of the trial in this matter. *See* Dkt. 89. In the continuance request, plaintiffs' counsel didn't mention any conflict between the newly proposed trial dates (dates that plaintiffs' counsel agreed to) and the trial schedule in *Tam v. San Francisco Federal Credit Union*, San Francisco County Superior Court No. CGC-20-585899. A conflict between the trial schedules in *Tam* and this case has now arisen, *see* dkt. 140, but the Court is unwilling to reschedule trial again. Plaintiffs' request for a status conference to discuss another possible move of the trial is denied.

    **IT IS SO ORDERED.**

Dated: May 2, 2023

Alex G. Tse
United States Magistrate Judge