UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAJI PIERCE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>EAST BAY MUNICIPAL UTILITY DISTRICT, et al.,<br><br>        Defendants. | Case No. 21-cv-04325-AGT<br><br>**VERDICT FORM** |

    The Court will give the jury the following verdict form.

    **IT IS SO ORDERED.**

Dated: June 13, 2023

_____
Alex G. Tse
United States Magistrate Judge

## VERDICT FORM

Members of the Jury: You must unanimously answer each question that follows. Please refer to the Court's Final Jury Instructions for a description of the elements of each claim.

### PLAINTIFF SAJI PIERCE

Did Saji Pierce prove by a preponderance of the evidence the elements of her claims?

1. **Section 1983 Retaliation Claim Against Craig Spencer**

   (*See* Final Jury Instruction No. 20)

   ____ Yes ____ No

2. **FEHA Retaliation Claim Against EBMUD**

   (*See* Final Jury Instruction Nos. 21 and 22)

   ____ Yes ____ No

3. **FEHA Disability Discrimination Claim Against EBMUD**

   (*See* Final Jury Instruction Nos. 23 and 24)

   ____ Yes ____ No

4. **FEHA Failure to Prevent Discrimination or Retaliation Claim Against EBMUD**

   (*See* Final Jury Instruction No. 25)

   ____ Yes ____ No

5. **Constructive Discharge Claim Against EBMUD**

   (*See* Final Jury Instruction No. 26)

   ____ Yes ____ No

   *If you answered "Yes" to any of Questions 1 through 5, answer Question 6 (Damages).*

**6.** **Damages** (*See* Final Jury Instruction Nos. 37–42)

Plaintiff Saji Pierce has proved that she should recover:

Economic loss        $_____

Noneconomic loss   $_____

## PLAINTIFF AYRIEL BLAND

Did Ayriel Bland prove by a preponderance of the evidence the elements of her claims?

**1.** **Section 1983 Race Discrimination Claim Against Craig Spencer**

(*See* Final Jury Instruction No. 27)

____ Yes ____ No

**2.** **Section 1983 Retaliation Claim Against Craig Spencer**

(*See* Final Jury Instruction No. 28)

____ Yes ____ No

**3.** **FEHA Race Discrimination Claim Against EBMUD**

(*See* Final Jury Instruction No. 29)

____ Yes ____ No

**4.** **FEHA Retaliation Claim Against EBMUD**

(*See* Final Jury Instruction No. 30)

____ Yes ____ No

**5.** **CFRA Rights Claim Against EBMUD**
(*See* Final Jury Instruction No. 31)

____ Yes ____ No

**6.     FEHA Failure to Prevent Discrimination or Retaliation Claim Against EBMUD**

(*See* Final Jury Instruction No. 32)

\_\_\_\_ Yes \_\_\_\_ No

**7.     Constructive Discharge Claim Against EBMUD**

(*See* Final Jury Instruction No. 33)

\_\_\_\_ Yes \_\_\_\_ No

**8.     Title VII Race Discrimination Claim Against EBMUD**

(*See* Final Jury Instruction No. 34)

\_\_\_\_ Yes \_\_\_\_ No

*If you answered "Yes" to any of Questions 1 through 8, answer Question 9 (Damages).*

**9.     Damages** (*See* Proposed Final Jury Instruction Nos. 37–42)

Plaintiff Ayriel Bland has proved that she should recover:

Economic loss        $_____

Noneconomic loss   $_____

---

The presiding juror must sign and date this verdict form and return it to the Courtroom Deputy.

Dated: _____        Signed:_____

                                                               Presiding Juror