## VERDICT FORM

Members of the Jury: You must unanimously answer each question that follows. Please refer to the Court's Final Jury Instructions for a description of the elements of each claim.

### PLAINTIFF SAJI PIERCE

Did Saji Pierce prove by a preponderance of the evidence the elements of her claims?

1. **Section 1983 Retaliation Claim Against Craig Spencer**

   (*See* Final Jury Instruction No. 20)

   _X_ Yes ___ No

2. **FEHA Retaliation Claim Against EBMUD**

   (*See* Final Jury Instruction Nos. 21 and 22)

   _X_ Yes ___ No

3. **FEHA Disability Discrimination Claim Against EBMUD**

   (*See* Final Jury Instruction Nos. 23 and 24)

   ___ Yes _X_ No

4. **FEHA Failure to Prevent Discrimination or Retaliation Claim Against EBMUD**

   (*See* Final Jury Instruction No. 25)

   ___ Yes _X_ No

5. **Constructive Discharge Claim Against EBMUD**

   (*See* Final Jury Instruction No. 26)

   ___ Yes _X_ No

   *If you answered "Yes" to any of Questions 1 through 5, answer Question 6 (Damages).*

6. **Damages** (*See* Final Jury Instruction Nos. 37–42)

   Plaintiff Saji Pierce has proved that she should recover:

   Economic loss      $ *1.35 million*

   Noneconomic loss   $ *2 million*

## PLAINTIFF AYRIEL BLAND

Did Ayriel Bland prove by a preponderance of the evidence the elements of her claims?

1. **Section 1983 Race Discrimination Claim Against Craig Spencer**

   (*See* Final Jury Instruction No. 27)

   ___ Yes ___ No   *Deadlocked*

2. **Section 1983 Retaliation Claim Against Craig Spencer**

   (*See* Final Jury Instruction No. 28)

   _X_ Yes ___ No

3. **FEHA Race Discrimination Claim Against EBMUD**

   (*See* Final Jury Instruction No. 29)

   ___ Yes ___ No   *deadlocked*

4. **FEHA Retaliation Claim Against EBMUD**

   (*See* Final Jury Instruction No. 30)

   _X_ Yes ___ No

5. **CFRA Rights Claim Against EBMUD**

   (*See* Final Jury Instruction No. 31)

   ___ Yes _X_ No

2

6. **FEHA Failure to Prevent Discrimination or Retaliation Claim Against EBMUD**

   (*See* Final Jury Instruction No. 32)

   _X_ Yes ___ No

7. **Constructive Discharge Claim Against EBMUD**

   (*See* Final Jury Instruction No. 33)

   _X_ Yes ___ No

8. **Title VII Race Discrimination Claim Against EBMUD**

   (*See* Final Jury Instruction No. 34)

   ___ Yes ___ No    deadlocked

   *If you answered "Yes" to any of Questions 1 through 8, answer Question 9 (Damages).*

9. **Damages** (*See* Proposed Final Jury Instruction Nos. 37–42)

   Plaintiff Ayriel Bland has proved that she should recover:

   Economic loss      $ 140,000  (140 thousand)
   Noneconomic loss   $ 3.75 million  (3.75 million)

---

The presiding juror must sign and date this verdict form and return it to the Courtroom Deputy.

Dated: 6/22/23          Signed: _Manget Jr_
                                Presiding Juror

3