UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAJI PIERCE, et al.,

Plaintiffs,

v.

EAST BAY MUNICIPAL UTILITY DISTRICT, et al.,

Defendants.

Case No. 21-cv-04325-AGT

**ORDER ON STIPULATION FOR EXTENSION OF TIME**

Re: Dkt. No. 312

The Court grants the parties' stipulated request to extend the deadline by which Plaintiffs must renew their motion for attorneys' fees until November 16, 2026. Dkt. 312.

To the extent that the parties' stipulation can also be read as requesting that this Court extend the deadline by which Plaintiffs must request "appellate fees and expenses," *id.* at 3, this Court cannot entertain that request, which must be made to the Ninth Circuit unless it is formally transferred to this Court. *See* Circuit Rule 39-1.8.

**IT IS SO ORDERED.**

Dated: October 5, 2026

Alex G. Tse
United States Magistrate Judge